*Tuesday, December 17, 1991*
## MOTION DOCKET

**91–1882.** Voinovich v. Ferguson. This cause originated in this court on the filing of a complaint for declaratory judgment, injunctive and related relief.

IT IS ORDERED by the court, effective December 16, 1991, *sua sponte*, that the parties comply with the following briefing schedule.

A. On or before Wednesday, December 18, 1991, any responses to defendants' motions to dismiss and to counterclaims shall be filed.

B. On or before Wednesday, December 18, 1991, defendants shall file any additional evidence they intend to present and the parties shall file any miscellaneous motions. Evidence shall be submitted by agreed statement of facts, affidavits, depositions, and exhibits.

C. On or before Monday, December 23, 1991, all parties shall file briefs on all issues raised by any pleadings or motions.

SWEENEY, H. BROWN and RESNICK, JJ., dissent and would stay proceedings until after February 12, 1992.

*Wednesday, December 18, 1991*
## MERIT DOCKET

**90–1280.** State, ex rel. McDonald, v. Boylan. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., would dismiss the cause and would refer the matter to Disciplinary Counsel.

**90–1790.** State, ex rel. Stewart, v. Ohio State Medical Bd. In Mandamus. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**90–1829.** State v. Varney. *Miami County.* Appeal from the Court of Appeals for Miami County, No. 89–CA–31. Appeal dismissed.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., dissents.

**91–81.** State, ex rel. Schwarzbach, v. Johnson. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2029.** Lake v. Love. *Lucas County*, No. L–91–194. On motion for leave to file memorandum in support instanter. Motion denied.

On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2030.** State, ex rel. Casper, v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2055.** State, ex rel. Perdue, v. Mahoning Cty. Clerk of Courts, Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2060.** State, ex rel. Neeld, v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2131.** State, ex rel. Lucaj, v. Sweeney. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.